Cox et al. *vs.* Garvin et al.

---

## Cox et al. *vs.* Garvin et al.

HELD that a summons executed thus, "served the within on A. Cox & T. Kelly, by leaving a copy of the same with his wife, at his own house, in Baty township, Benton county, Sept. 8th, 1841," is not a compliance with the requirements of the statute, and will not support a judgment by default.